IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLSTATE INSURANCE, as subrogee of
Gerald Feagins;

          Plaintiff,

     vs.

UNITED STATES OF AMERICA,

          Defendant.

**8:17CV173**

**JUDGMENT**

Pursuant to the parties' Motion and Stipulation for Dismissal (Filing No. 10),

**IT IS ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 17th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge